**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

AL M. WILLIAMS
#362773                                                                                          PLAINTIFF

V.                            CASE NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                      DEFENDANTS

### ORDER

Plaintiff has filed a motion for reconsideration, a motion for extension of time to respond to the motion for summary judgment, and a motion for copies (docket entries #189, #190, and #191).

I.    **Motion for Reconsideration**

In his motion for reconsideration, Plaintiff requests that the Court order Defendants to provide Plaintiff with security logs, movement rosters, the names of inmates housed in segregation or booking with Plaintiff, and the identities of certain inmates housed in segregation from May 31, 2009 through June 30, 2009.  Based upon the content of Plaintiff's motion, this information does not appear relevant to Plaintiff's pending claims.  Certain individuals may have witnessed the pain and suffering Plaintiff claims to have endured, but Plaintiff will have the opportunity to testify on this matter if a hearing or trial is scheduled by the Court.  Accordingly, because the information is irrelevant to the issues in this case, his motion (#189) is DENIED.

## II.     Motion for Extension of Time

In his motion for extension of time, Plaintiff requests that he be provided additional time to respond to Separate Defendant Helena Regional Medical Center's motion for summary judgment. For good cause, Plaintiff's motion (#190) is GRANTED. Plaintiff is provided an additional fourteen (14) days to respond to the motion. Plaintiff's response to the motion for summary judgment is now due on or before May 6, 2010.

## III.     Motion for Copies

In his motion for copies, Plaintiff requests copies of the pending motion for summary judgment (#151) and his Amended Complaint (#175). Plaintiff's motion (#191) is GRANTED. The Clerk of the Court is directed to provide Plaintiff copies of docket entries #151, #152, and #175.

IT IS SO ORDERED this 19th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE