**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

AL M. WILLIAMS
ADC #362773                                                                                     PLAINTIFF

V.                              CASE NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                              DEFENDANTS

## ORDER

Separate Defendants Whitfield, Robinson, and Bell have filed a motion to compel discovery and an amended motion to compel discovery in this matter. (Docket entries #178 and #205) Plaintiff has filed a motion to compel, a motion for order, and a motion for reconsideration. (#195, #203, and #207)

**I.      Defendants' Motions to Compel**

In their original motion to compel (#178), Separate Defendants Whitfield, Robinson, and Bell requested that the Court order Plaintiff to respond to their discovery requests and to sign a Medical Authorization to release his medical records. (#178) On April 28, 2010, Plaintiff filed his Medical Authorization with the Court without having the form notarized. (#201) Accordingly, Defendants may not use the Medical Authorization form to obtain copies of Plaintiff's medical records. Defendants Whitfield, Robinson, and Bell now have filed an amended motion to compel, requesting that the Court order Plaintiff to fully respond to their discovery requests and to provide a fully executed and notarized Medical Authorization form. (#205) The motion (#205) is GRANTED.

Plaintiff is ordered to fully respond to the discovery requests submitted by Defendants Whitfield, Robinson, and Bell within fourteen (14) days of this Order. Plaintiff must include in his responses a fully executed and notarized Medical Authorization form. Defendants' original motion to compel (#178) is DENIED as moot.

## II. Plaintiff's Motion to Compel

In his motion to compel discovery, Plaintiff requests that the Court order Defendant Helena Regional Medical Center ("HRMC") to fully respond to his supplemental discovery requests. (#195) HRMC has responded to Plaintiff's motion by stating that it has fully responded to Plaintiff's discovery requests. (#206) In addition, HRMC states that, because Plaintiff seems to be having problems receiving his mail, HRMC will send Plaintiff pleadings electronically, to the email address Plaintiff has provided on some of his recent pleadings, and through the U.S. Mail. Based upon HRMC's response and its good faith effort to assist Plaintiff in receiving HRMC's filings in this matter, Plaintiff's motion (#195) is DENIED.

In addition, in his motion to compel, Plaintiff states that he has not been provided a copy of the motion for summary judgment filed by HRMC in this matter. On April 19, 2010, the Clerk of the Court provided Plaintiff copies of docket entries #151, #152, and #153. In addition, the Court provided Plaintiff additional time to respond to the motion for summary judgment. Plaintiff's response is due on or before May 6, 1010. (#192)

**III.    Plaintiff's Motion for Order**

In his motion for order, Plaintiff requests that the Clerk of Court provide him thirteen "signed but otherwise blank subpoenas since he is representing himself." (#203) Plaintiff has not provided sufficient reason to justify such an order. The motion (#203) is DENIED.

**IV.    Plaintiff's Motion for Reconsideration**

In Plaintiff's motion for reconsideration, he requests that the Court provide him a copy of the Local Rules for the Eastern District of Arkansas. (#207) Plaintiff's motion (#207) is GRANTED. The Clerk is directed to forward Mr. Williams a copy of the Local Rules.

IT IS SO ORDERED this 3rd day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE