# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

AL M. WILLIAMS, #362773                                                                      PLAINTIFF

v.                                    CASE NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                                DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims against Defendants Ball, Dhallek, Phillips County, and Webber are DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE