## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

AL M. WILLIAMS,
  #362773                                                                          PLAINTIFF

V.                              NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                               DEFENDANTS

### ORDER

      Defendant Helena Regional Medical Center has filed a motion requesting that the dispositive motions deadline in this case be extended until June 14, 2010.  (Docket entry #227)  The motion (#227) is GRANTED.  Defendant Helena Regional Medical Center has until June 14, 2010, to file a dispositive motion in this case.

      Plaintiff has filed a motion for reconsideration, again requesting a copy of docket entry #173.  (#228)  On May 11, 2010, the Court directed the Clerk of the Court to provide Plaintiff a copy of docket entry #173.  (#222)  Accordingly, Plaintiff's pending motion (#228) is DENIED as moot.

      IT IS SO ORDERED this 14th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE