IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**AL M. WILLIAMS**                                                                         **PLAINTIFF**
**#362773**

v.                        **CASE NO. 2:09CV00100 JLH/BD**

**LONNIE WHITFIELD,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's motion to amend (docket entry #204) is DENIED.

IT IS SO ORDERED this 2nd day of June, 2010.

                                                                       */s/ J. Leon Holmes*
                                                                 UNITED STATES DISTRICT JUDGE