IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AL M. WILLIAMS
#362773                                                                                    PLAINTIFF

V.                                    CASE NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                        DEFENDANTS

## ORDER

Plaintiff has filed a motion to amend his complaint asking that jailer "Ed" be added as a party Defendant to this lawsuit. (Docket entry #262) Currently, "Ed Williams, sheriff's deputy," is a named Defendant in this case. (#175) It is unclear whether jailer "Ed" is actually Ed Williams, sheriff's deputy, identified in Plaintiff's Amended Complaint. (#175) Accordingly, Plaintiff is instructed to notify the Court within fourteen (14) days of this Order whether jailer "Ed" is actually "Ed Williams," who is already a party to this lawsuit.

IT IS SO ORDERED this 8th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE