IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AL M. WILLIAMS                                                                                     PLAINTIFF
#362773

v.                                          NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                          DEFENDANTS

## ORDER

The Court has received two Partial Recommended Dispositions from Magistrate Judge Beth Deere. *See* Documents #276 and #279. The parties have not filed objections to either Partial Recommended Disposition. After careful review, the Court concludes that both Partial Recommended Dispositions should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, plaintiff's motion for summary judgment (Document #232) is DENIED, and the motion for summary judgment filed by Phillips Hospital Corporation, d/b/a Helena Regional Medical Center, and construed by the Court as a motion to dismiss (Document #151) is DENIED.

IT IS SO ORDERED this 2nd day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE