**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

AL M. WILLIAMS                                                                               PLAINTIFF
#362773

v.                                           NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                        DEFENDANTS

## ORDER

     Al M. Williams filed a motion for appointment of an expert witness pursuant to Rule 706 of

the Federal Rules of Evidence.  United States Magistrate Judge Beth Deere denied the motion on the

ground that Williams had not shown good cause for the Court to issue such an order.  Williams has

now filed a motion asking the District Judge to reconsider that order.  Pursuant to 28 U.S.C.

§ 636(b)(1)(A), Williams is required to show that the Magistrate Judge's order is clearly erroneous

or contrary to law.  He has failed to make such a showing.  Therefore, the motion for the United

States District Judge to reconsider the Magistrate Judge's order is DENIED.  Document #315.

     IT IS SO ORDERED this 6th day of July, 2010.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE