IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AL M. WILLIAMS                                                                                              PLAINTIFF
#362773

v.                                    NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                                      DEFENDANTS

## ORDER

Al M. Williams has filed a motion for reconsideration of the order entered by Magistrate Judge Beth Deere denying his motion to compel. Pursuant to 28 U.S.C. § 636(b)(1)(A), the issue is whether Williams has shown that Magistrate Judge Deere's order is clearly erroneous or contrary to law. Williams has failed to make such a showing. Therefore, the motion for reconsideration is denied. Document #353.

IT IS SO ORDERED this 23rd day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE