IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

AL M. WILLIAMS, #362773                                                                                        PLAINTIFF

v.                                          NO. 2:09CV00100 JLH/BD

LONNIE WHITFIELD, *et al.*                                                                                  DEFENDANTS

### ORDER

Al M. Williams has moved for an extension of time within which to file his objections to the partial recommended disposition submitted by United States Magistrate Judge Beth Deere on October 1, 2010. The motion for extension of time is GRANTED. Document #363. The time within which Williams must submit his objections to the partial recommended disposition of October 1, 2010, is extended up to and including November 12, 2010.

IT IS SO ORDERED this 13th day of October, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE