**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**AL M. WILLIAMS**                                                                                  **PLAINTIFF**

**V.**                                                          **NO. 2:09CV00100-BD**

**HELENA REGIONAL MEDICAL CENTER**                                       **DEFENDANT**

**<u>JUDGMENT ON JURY VERDICT</u>**

This action was tried on February 25-26, 2013, before the Court and a jury, the

Honorable Beth Deere, United States Magistrate Judge, presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned

a verdict on February 26, 2013, in favor of the defendant.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the

Plaintiff, Al M. Williams, take nothing on this complaint against Helena Regional

Medical Center, and the same is hereby dismissed.

DATED this 27th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE